UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRANDIE LEE KORNOELJE-COGSWELL,

        Plaintiff,                       Case No.  1:16-CV-871

v.

                                     HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

## **<u>JUDGMENT</u>**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated: _____June 1, 2017_____           _/s/ Paul L. Maloney_____
                                        Paul L. Maloney
                                        United States District Judge